United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Zaymi Garcia, Plaintiff, | ) |
| v. | ) Civil Action No. 19-24621-Civ-Scola |
| Andrew Saul, Defendant. | ) |

### Order Adopting the Magistrate's Report and Recommendations

This matter was referred to United States Magistrate Judge Edwin G. Torres for a report and recommendation on the Plaintiff's motion for attorneys' fees and costs. On September 8, 2020, Judge Torres issued a report, recommending that the Court grant the motion and award the Plaintiff attorneys' fees in the amount of $3,775.00. (Report & Recommendations, ECF No. 26.) No objections have been filed and the time to object has passed. Having considered Judge Torres's report, the record, and the relevant legal authorities, this Court finds Judge Torres's report and recommendation cogent and compelling.

The Court **affirms and adopts** Judge Torres's report and recommendation (ECF No. 26). The Court **grants** the Plaintiff's motion for attorneys' fees (ECF No. 24). Consistent with the report, the Court awards **$3,775.00** in attorneys' fees to Zaymi Garcia to be paid by the Defendant, Commissioner of Social Security.

**Done and ordered** at Miami, Florida, on September 30, 2020.

_____
Robert N. Scola, Jr.
United States District Judge